*E-filed 1/14/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EARL C. GLAUDE, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GATES Secretary of the Department of Defense, Defense Commissary Agency,<br><br>　　　　Defendants. | Case No. CV 08-4317 HRL<br><br>**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

　　　　An unrepresented party in this case, EARL C. GLAUDE, SR., has applied to participate in the court's Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

　　　　IT IS HEREBY ORDERED:

　　　　1.　　That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

2. That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case; and

3. The Settlement Conference shall take place no later than **May 1, 2009.**

4. Counsel will promptly contact the chambers of Magistrate Judge Patricia Trumbull to schedule the settlement conference

**IT IS SO ORDERED.**

Dated: 1/14/09



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Case No. CV 08-4317 HRL
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM
2

1  **Notice has been electronically mailed to:**

2
james.scharf@usdoj.gov

3
**Notice has been mailed to:**
4

5  Earl C Glaude
8096 Juniper Avenue
6  Newark, CA 94560-2704

Case No.  CV 08-4317 HRL
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM 3