United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

No. C08-04317 HRL

EARL C. GLAUDE,

**ORDER APPOINTING SETTLEMENT COUNSEL**

                    Plaintiff,

        v.

ROBERT GATES, et al,

                    Defendant.

_____/

        The court having ordered that this case be assigned to the Assisted Settlement

Conference Program, and an unrepresented party having requested and being in need of counsel

to assist him or her in the settlement conference, and a volunteer attorney willing to be

appointed for the limited purpose of representing the unrepresented party in the settlement

conference having been located by the court,

        IT IS HEREBY ORDERED THAT:

        AMBER CROTHALL is appointed Settlement Counsel.  This appointment shall be

pursuant to the terms of the Declaration in Support of Application for Assignment to the

Assisted Settlement Conference Program.  This appointment and limited representation shall

end upon the completion of the settlement conference and any follow-up activities ordered by

the settlement judge.

1    Settlement Counsel shall notify the court promptly upon the completion of the

2    settlement conference and any follow-up activities.  The court shall then issue an order relieving

3    the Settlement Counsel from his or her limited representation of the unrepresented party.

4

5

6

7        **IT IS SO ORDERED**.

8    Dated: 2/25/09

9    

10   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**

For the Northern District of California

1    A copy of this order will be served via ECF to:

2    james.scharf@usdoj.gov

3    **Notice has been mailed to:**

4    Earl C Glaude
     8096 Juniper Avenue
5    Newark, CA 94560-2704

6
     Amber Crothall
7    Miller Morton Caillat & Nevis LLP
     25 Metro Drive, 7th Floor
8    San Jose, CA 95100

9    Dated:        2/25/09           _____mpk_____

10
                                   Chambers of Magistrate Judge Lloyd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3