**\*\* E-filed 06/04/09 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EARL C. GLAUDE, | No. C08-04317 HRL |
|     Plaintiff,<br>v.<br>ROBERT M. GATES, SECRETARY, DEPARTMENT OF DEFENSE AGENCY, DEFENSE COMMISSARY AGENCY<br>    Defendant. | **ORDER TERMINATING SETTLEMENT COUNSEL PARTICIPATION IN THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by an unrepresented party, Settlement Counsel was designated to educate and assist the unrepresented party in preparation for, participation in, and follow up to a settlement conference in this case.

The settlement conference judge recently informed the court that the settlement conference has concluded and that no further session or follow up is contemplated. Accordingly, the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of Settlement Counsel in this case.

The court extends its thanks to Settlement Counsel for counsel's efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

1    IT IS SO ORDERED.

2    Dated: June 4, 2009

3    _____
     HOWARD R. LLOYD
4    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice has been electronically mailed to:**

Amber Smith Crothall  asc@millermorton.com
James A. Scharf  james.scharf@usdoj.gov

**A copy of this order will be sent by other means to:**
Earl Glaude
8096 Juniper Avenue
Newark, CA 94560-2704

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3